IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PINNACLE REGIONAL HOSPITAL, | ) | Case No. 20-20219-DLS |
| INC., PINNACLE REGIONAL | ) | |
| HOSPITAL, LLC, BLUE VALLEY | ) | Case No. 20-20222-DLS |
| SURGICAL ASSOCIATES, LLC, | ) | |
| PINNACLE HEALTHCARE SYSTEMS, | ) | Chapter 11 |
| INC., | ) | |
| ROJANA REALTY INVESTMENTS, | ) | Jointly Administered |
| INC., AND | ) | |
| JOY'S MAJESTIC PARADISE, INC., | ) | |
| | ) | |
| Debtors | ) | |

## SCHEDULES OF DEBTOR, BLUE VALLEY SURGICAL ASSOCIATES

Attached are the Schedules of Debtor, Blue Valley Surgical Associates, which were organized by the Trustee based upon information provided by the Debtor by April 16, 2020.

Much of the information provided was done on a consolidated basis with the other related Health Care Debtors. The four related cases are:

**Pinnacle Regional Hospital, Inc.** Case No. 20-20219 f/n/a Blue Valley Hospital
**Pinnacle Regional Hospital, LLC** Case No. 20-20221
**Blue Valley Surgical Associates, LLC** Case No. 20-20222
**Pinnacle Healthcare System, Inc.** Case No. 20-20224

Additionally, the following abbreviations were used in the materials to separate out information between the companies:

BVH – **Pinnacle Regional Hospital, Inc.** Case No. 20-20219 f/n/a Blue Valley Hospital
PRH – **Pinnacle Regional Hospital, LLC** Case No. 20-20221
BVSA – **Blue Valley Surgical Associates, LLC** Case No. 20-20222
PHS – **Pinnacle Healthcare System, Inc.** Case No. 20-20224
MIX – This account/item was used by all healthcare related companies
ALL – For all Health Care Debtors using a consolidated exhibit.

Respectfully submitted,

*s/ James A. Overcash*
James A. Overcash, Chapter 11 Trustee
301 S. 13th Street, Suite 500
Lincoln, NE 68508
Telephone: 402-437-8500
Facsimile: 402-437-8558
jovercash@woodsaitken.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16th, 2020, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices and was sent via U.S. mail, postage prepaid to all parties not receiving such notices.

s/ *James A. Overcash*
James A. Overcash